IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:24-cv-24072-KMW

GUIDO ANTONIO ABREU,

    Plaintiff,

v.

LEXISNEXIS RISK SOLUTIONS INC.,
PROGRESSIVE AMERICAN INSURANCE
COMPANY,

    Defendants.

**NOTICE OF SETTLEMENT AS TO DEFENDANT LEXISNEXIS RISK SOLUTIONS INC., AND PROGRESSIVE AMERICAN INSURANCE COMPANY**

**NOTICE IS HEREBY GIVEN** that Plaintiff Guido Antonio Abreu and Defendants LexisNexis Risk Solutions Inc. ("LNRS") and Progressive American Insurance Company ("Progressive"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next sixty (60) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

//

RESPECTFULLY SUBMITTED this 18th day of April 2025,

/s/ *Catherine Tillman*
Catherine Tillman, Esq., FL #0057663
CONSUMER JUSTICE LAW FIRM PLC
8095 N. 85th Way
Scottsdale, AZ 85258
T: (941) 263-7310
F: (480) 613-7733
E: ctillman@consumerjustice.com

*Attorneys for Plaintiff*
*Guido Antonio Abreu*